AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 22, 2023**

SEAN F. McAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|   | ) Case No. 1:23-MJ-04043-ACE |
| EDUARDO VASQUEZ-RUELAS | ) |
|   | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 21, 2023** in the county of **Yakima** in the **Eastern** District of **Washington**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii) | Distribution of 500 Grams or More of a Detectable Amount of Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*
CHELSEY HANEY
Digitally signed by CHELSEY HANEY
Date: 2023.03.22 10:20:57 -07'00'

Chelsey Haney, SA DEA
*Printed name and title*

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 03/22/2023

City and state: ~~Yakima~~ Spokane, Washington

*Judge's signature*

JAMES A. GOEKE, U.S. Magistrate Judge
*Printed name and title*

AUSA: CJB    COUNTY: YAKIMA