FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MANUEL FLORES-VILLAMAN, and EDUARDO VASQUEZ-RUELAS,<br><br>Defendants. | No. 1:23-CR-02012-SAB-1<br>      1:23-CR-02012-SAB-2<br><br>**ORDER STRIKING PRETRIAL CONFERENCE AND TRIAL DATE** |
|---|---|

Defendants are on fugitive status. An arrest warrant was issued for Defendant Flores-Villaman on July 25, 2023, and for Defendant Vasquez-Ruelas on May 11, 2024.

Accordingly, **IT IS ORDERED**:

1. The pretrial conference set for June 26, 2024, is **STRICKEN**.

2. The jury trial and final pretrial conference set for July 15, 2024, are **STRICKEN**.

//
//
//
//

**ORDER STRIKING PRETRIAL CONFERENCE AND TRIAL DATE** ~ 1

3.  Pursuant to 18 U.S.C. § 3161(h)(3)(A), the time between July 15, 2024, the current trial date, until Defendants are arrested and a new trial date is set, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 12th day of June 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER STRIKING PRETRIAL CONFERENCE AND TRIAL DATE** ~ 2